EUGENE L. BONDY et al., Copartners under the Firm Name of BONDY & SCHLOSS, Respondents, *v.* MILLARD E. THEODORE et al., Appellants, Impleaded with Others.

Submitted January 6, 1941; decided January 16, 1941.

*Millard E. Theodore,* in person, for motion.
*Norman Winer* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements, on the ground the order is not final.